BRIAN E. CLAYPOOL, Esq. SBN NO. 134674
THE CLAYPOOL LAW FIRM
1055 East Colorado Boulevard, 5^(TH) Floor
Pasadena, California 91106
(626) 240-4616 - Telephone
(626) 240-4617 - Facsimile
becesq@aol.com

DALE K. GALIPO, ESQ., SBN 144074
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118
dalekgalipo@yahoo.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OWEN,<br><br>          Plaintiff,<br><br>     v.<br><br><br>COUNTY OF DEL NORTE,<br>CALIFORNIA, et al<br><br><br>          Defendants. | CASE NO.  CV 08-03431 MHP<br><br>**STIPULATION TO EXTEND MEDIATION COMPLETION DATE** |

**TO THE COURT, TO ALL PARTIES AND TO THE ATTORNEYS OF RECORD HEREIN:**

IT IS HEREBY STIPULATED between the parties by and through their respective attorneys of record that the Mediation Completion Date of September 15, 2009 be extended to December 30, 2009 in this matter. The Plaintiff is requesting an extension of the mediation completion date due to plaintiff, Robert Owen, undergoing recent and unexpected surgery at the Veterans Administration Hospital in San Francisco, California.

Dated: September 11, 2009

/s/
_____
BRIAN E. CLAYPOOL
Attorney for Plaintiffs

Dated: September 11, 2009

/s/
_____
JOHN M. VRIEZE
Attorneys for Defendant
County Del Norte

BRIAN E. CLAYPOOL, Esq. SBN NO. 134674
THE CLAYPOOL LAW FIRM
1055 East Colorado Boulevard, 5TH Floor
Pasadena, California 91106
(626) 240-4616 - Telephone
(626) 240-4617 - Facsimile
becesq@aol.com

DALE K. GALIPO, ESQ., SBN 144074
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118
dalekgalipo@yahoo.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT OWEN, | CASE NO.  CV 08-03431 MHP |
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION TO EXTEND MEDIATION COMPLETION DATE** |
| v. | |
| COUNTY OF DEL NORTE, CALIFORNIA, et al | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** based upon the stipulation of the parties that the mediation completion date currently

1

scheduled for September 15, 2009 be continued to December 30, 2009.

Dated: __9/11/2009_____      _____
                                  HON. MARILYN H. PATEL
                                  U.S. DISTRICT JUDGE

