BRIAN E. CLAYPOOL, Esq. SBN NO. 134674
THE CLAYPOOL LAW FIRM
1055 East Colorado Boulevard, 5TH Floor
Pasadena, California 91106
(626) 240-4616 - Telephone
(626) 240-4617 - Facsimile
becesq@aol.com

DALE K. GALIPO, ESQ., SBN 144074
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118
dalekgalipo@yahoo.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT OWEN, | CASE NO.  CV 08-3431 MHP |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING** |
| v. | |
| CITY OF CRESCENT CITY; COUNTY OF DEL NORTE, CALIFORNIA, et al | |
| Defendants. | |

**TO THE COURT, TO ALL PARTIES AND TO THE ATTORNEYS OF RECORD HEREIN:**

IT IS HEREBY STIPULATED between the parties by and through their respective attorneys of record that the Status Conference in this matter, currently scheduled for September 28, 2009 at 3:00 p.m. be continued to January 25, 2010 at 3:00 p.m. The parties are requesting a continuance of the status conference due to plaintiff, Robert Owen, undergoing recent and unexpected surgery at the Veterans Administration Hospital in San Francisco, California.

Dated: September 18, 2009

/s/
_____
BRIAN E. CLAYPOOL
Attorney for Plaintiffs

Dated: September 18 , 2009

/s/
_____
JOHN M. VRIEZE
Attorneys for Defendant
County Del Norte

BRIAN E. CLAYPOOL, Esq. SBN NO. 134674
THE CLAYPOOL LAW FIRM
1055 East Colorado Boulevard, 5TH Floor
Pasadena, California 91106
(626) 240-4616 - Telephone
(626) 240-4617 - Facsimile
becesq@aol.com

DALE K. GALIPO, ESQ., SBN 144074
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone (818) 347-3333
Facsimile (818) 347-4118
dalekgalipo@yahoo.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT OWEN, | CASE NO. CV 08-03431 MHP |
| Plaintiff, | [~~PROPOSED~~] **ORDER RE STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| COUNTY OF DEL NORTE, CALIFORNIA, et al | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** based upon the stipulation of the parties that the mediation completion date currently

scheduled for September 28, 2009 be continued to January 25, 2010.

Dated: 9/23/2009 _____          _____
                                     HONORABLE MARILYN H. PATEL
                                     U.S. DISTRICT COURT JUDGE
                                     /s/

